

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 18CR5463JLS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** <br> *SUPERSEDING* |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Fentanyl, Cocaine and Methamphetamine; Title 21, U.S.C., Secs. 846 and 841 – Conspiracy to Distribute Fentanyl Pills |
| APRIL SPRING KELLY, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about November 30, 2018, within the Southern District of California, defendant APRIL SPRING KELLY did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, to wit: 16.47 kilograms (36.24 pounds), into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 2

On or about November 30, 2018, within the Southern District of California, defendant APRIL SPRING KELLY did knowingly and

SWH/cs:7/15/2019

intentionally import 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, to wit: 17.19 kilograms (37.83 pounds), into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 3

On or about November 30, 2018, within the Southern District of California, defendant APRIL SPRING KELLY did knowingly and intentionally import 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, to wit: approximately 5.7 kilograms (11.99 pounds), into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 4

Beginning in February 2018, and continuing up to October 2018, within the Southern District of California, and elsewhere, defendant APRIL SPRING KELLY did knowingly and intentionally conspire with others to distribute 400 grams and more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, to wit:

//
//

approximately 450,000 fentanyl pills, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: July 15, 2019.

ROBERT S. BREWER, JR.
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney

3